UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PETER C. CLARK, | No. 2:09-cv-01031-MCE-EFB |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| JON BERKLEY MANAGEMENT, INC., et al., | |
| Defendants. | |

Presently before the Court are Plaintiff's Ex Parte Motions for Injunctive Relief, which appear styled as Requests for Temporary Restraining Orders. By way of his requests, Plaintiff seeks various orders directing a state court to adjudicate pending claims in accordance with Plaintiff's wishes as well as related orders directed toward parties to those state actions.

Although Plaintiff's filings are vague and confusing, it appears that Plaintiff also seeks further injunctive relief that he believes is not being afforded him through those state proceedings. For the following reasons, Plaintiff's requests are denied, and no hearing for preliminary injunction will be held.

| | |
|---|---|
| 1 | "A court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. The federal courts may not enjoin state proceedings under the circumstances alleged here and clearly may not take the other affirmative steps requested that would require this court to interfere in cases allegedly being adjudicated by the state. |

"A court of the United States may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. The federal courts may not enjoin state proceedings under the circumstances alleged here and clearly may not take the other affirmative steps requested that would require this court to interfere in cases allegedly being adjudicated by the state.

Additionally, it is not even clear from the instant filings or from the Complaint, that this Court has jurisdiction to hear any of Plaintiff's claims in the first place. Accordingly, Plaintiffs' Ex Parte Motions (Docket Nos. 7 and 8) are DENIED.

IT IS SO ORDERED.

Dated: May 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE