IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER C. CLARK,

       Plaintiff,                        No. CIV S-09-1031 MCE EFB PS

      vs.

JON BERKLEY MANAGEMENT, INC., et al,

       Defendants.                <u>ORDER</u>

_____/

     On May 27, 2009, plaintiff filed a "Notice of Dismissal [alternatively designated a "Motion to Dismiss"] without Prejudice," pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See* Dckt. Nos. 20-22.

     Fed. R. Civ. P. 41(a)(1) provides that "[a]n action may be dismissed by the plaintiff without order of court . . . (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever occurs first." A substantive motion to dismiss filed by defendant will not preclude dismissal upon the request of plaintiff pursuant to Fed. R. Civ. P. 41(a)(1). Unless otherwise stated in the notice, such dismissals are without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

////

////

1

1  Defendants have served neither an answer nor a dispositive motion.  Accordingly,
2 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is dismissed without prejudice.  All
3 pending dates are vacated.
4  SO ORDERED.
5 DATED:  June 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE